RELATOR'S COPY

55,687-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS FOR THE STATE OF TEXAS

CASE NO. WR-55,687-06

IN RE MILTON VERAN WILLIAMS, Relator

ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. F9573890-NL IN THE CRIMINAL DISTRICT COURT NO. 5
FROM DALLAS COUNTY

## JUDICIAL NOTICE
### PRESIDING JUDGE (SHARON KELLER)

Comes Now, Relator (Milton V. Williams), (pro se), files the foregoing Judicial Notice requesting that this Honorable Court schedule a formal hearing with the presentation of witnesses; (Judge Manny Alverza) and Relator's former appointed attorney the present (Judge Scala Byers) and subpeona the July 24, 1995 guilty plea hearings transcripts where the Honorable Judge Manny Alverza stated on record that the "imposition of sentence shall be suspended hereinafter."

Furthermore, the trial docket for the state of Texas writ of habeas corpus proceedings under Writ No. W-9573890-(A) clearly demonstrates that it was not until the year 2003 after February that Judge Manny Alverza formally imposed sentencing in Case No. F9573890-NL; (State of Texas v. Milton Veran Williams) and that the court clerk for said Dallas County District Court incorrectly recited the date of said hearing (July 24, 1995) as the date sentence was impose on said judgment when she was not present during said hearing, but rather the stenographi, Relator, Judge Alverza, Present (Judge Byers)

Page     1     of     2

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

CASE NO. WR-55,687-06

IN RE MILTON VERAN WILLIAMS, Relator

---

ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. F9573890-NL IN THE CRIMINAL DISTRICT COURT NO. 5
FROM DALLAS COUNTY

---

JUDICIAL NOTICE
PRESIDING JUDGE (SHARON KELLER)

COMES NOW, Relator (Milton V. Williams) (pro se), files the foregoing Judicial Notice requesting that this Honorable Court schedule a formal hearing with the presentation of witnesses; (Judge Manny Alverza), Relator's former appointed attorney the present (Judge Scala Byers), the July 24, 1995 court stenographor under the stated cause in dispute and subpeona the July 24, 1995 guilty plea hearings transcripts in which demonstrate a prima facie case that the Honorable Judge Manny Alverza stated on record that the "imposition of sentencing shall be suspended hereinafter in the best interest of justice....," superceding any incorrectly recited information on record.

Furthermore, the trial docket sheet for the State of Texas writ of habeas corpus proceedings under Writ No. W9573890-(A) (Ex Parte Milton Williams) clearly demonstrates that it was not until well after the year 2003, February that Judge Manny

Alverza formally imposed sentencing under Case No. F9573890-NL, (State of Texas v. Milton Veran Williams) and that the court clerk for said Dallas County District Court No. 5 had incorrectly recited the date of said hearing (July 24, 1995) as the date sentence was impose on said judgment when she was not even present during said hearing to had attest to said fact, but rather only the court stenographor, Relator, Judge Alverza, the present (Judge Byers) and the assianed Dallas County District Court No. 5 bailiff were present at said July 24, 1995 guilty plea hearing.

   Wherefore, premises considered, Relator respectfully request that this Honorable Court issue orders that depositions are taken of the (5) mention parties present on said stated July 24, 1995 guilty plea trial and in addition to subpeona the July 24, 1995 guilty plea hearing transcripts under Case No. F9573890-NL, (State of Texas v. Milton Veran Williams) inorder to speedy resolve the said matter indispute. (See Exh. #1).

Respectfully Submitted,
/S/ _Milton V. Williams_ #399375 (ODOC)
Milton Veran Williams #399375
Jim E. Hamilton Correctional Center
53468 Mineral Springs Road
Hodgen, Okla. 74939

CERTIFICATE OF MAILING

   I, hereby certify, that a true and corrected copy of the foregoing was mailed on the __9th__ day of June, 2015, postage prepaid, through the U.S. Postal Service to the below listed parties:

CRIMINAL DISTRICT COURT NO. 5
FOR DALLAS COUNTY
ATTN: JUDGE MANNY ALVERZA
133 N. INDUSTRIAL BLVD.,
DALLAS, TEXAS 75207

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

_Milton V. Williams_ #399375 (ODOC
(Affiant)

EXHIBIT #1

RECEIVED
NOV 2 0 2002
BY:

Milton V.Williams
#399375 D-S(#242)
Cimarron Correctional Facility
3700 South Kings Highway
Cushing, Okla. 74023

11/09/02

RE: Case No. F9573890L

Jim Hamlin District Court Clerk,

Enclosed is an money order for $5.00 for copies of:

1st. The indictment and a copy of the minutes of the plea or demurrer.

2nd. A copy of the minutes of the trail.

3rd. The change given or refused, and the endorsements, if any, thereon; and

4th A copy of the judgment, which shall include a notation of the date of birth of the defendant and the social security number of the defendant.

5th. Summary of Facts.

In reference to Case No. F9573890L (Milton Veran Williams; 07/23/61; 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. Also I would like to know how to receive off-site retrieval for Dallas County Sheriff's Inmate visitation roster for Milton Veran Williams between April of 1995 to July of 1995 and any evidence records that the Dallas County District Attorney may have that pertain to the above style case. This information is imperative to proceed with my Post-Conviction Relief.

Respectfully Submitted,
/S/ Milton V. Williams
Milton V. Williams (Pro se)

Note: #5 Do you mean statement of facts. You would not have any because your case was never appealed #2 Are you asking for the entire file which cost $30.00. In addition, item #4 we do contain anything with your social.